**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

WILLIE BEAN; RICHARD COLEMAN;                                    PLAINTIFFS
LEROY WHITE; JOHNNY WHITE; and
FLETCHER WILSON; Individually and On Behalf
of All Others Similarly Situated

v.                                    No. 2:03CV00136 JLH

FORREST CITY SCHOOL DISTRICT                                    DEFENDANT

<u>**ORDER OF DISMISSAL**</u>

Pursuant to the Stipulation for Dismissal filed on June 15, 2006, the claims of Willie Bean,

Leroy White, and Fletcher Wilson are dismissed with prejudice.  The claims of the remaining

plaintiffs, Richard Coleman and Johnny White, are dismissed without prejudice.

IT IS SO ORDERED this 16th day of June, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE